

## ████████ SETTLEMENT STATEMENT

| | |
|---|---|
| TOTAL SETTLEMENT: | **$50,000.00** |
| ATTORNEY'S FEES (33 ⅓% of $50,000.00) | ($16,666.67) |
| FIRM COSTS | ($2,519.79) |
| Administrative Costs / Investigation | $2,000.00 |
| Filing Fee, Ascension Parish | $519.79 |
| OTHER COSTS | **($0.00)** |
| MMA's Adjuster Invoice | $0.00 |

| | |
|---|---|
| Check to Attorneys | $19,186.46 |
| **Costs Being Held for MMA** | **$0.00** |
| **Total Payment to Attorney** | **$19,186.46** |

( $50,000.00 - $16,666.67 - $2,519.79 = $30,813.54 )

| | |
|---|---|
| **TOTAL SETTLEMENT TO CLIENT:** | **$30,813.54** |

I, ████████, approve the above disbursement and fees and hereby hold the law offices of Sangisetty Law Firm, LLC and Jason J. Joy harmless from any and all liens, and/or costs not withheld and paid directly as set forth above. Because MMA is now in Bankruptcy, it has been explained to client that MMA's estimators may assert their costs associated with work on the file prior to JJJ/SLF being retained. JJJ/SLF is now being forced to hold back these costs. By signing below, I authorize the Sangisetty Law Firm to endorse any and all checks made payable to me on my behalf and my spouse.

Date Signed: 8/22/2024



███████████ **SETTLEMENT STATEMENT**

**TOTAL SETTLEMENT:**                                                **$53,669.43**
    Release,            $45,000.00
    Reissued Check,     $8,669.43

**ATTORNEY'S FEES (33 ⅓% of $53,669.43)**                ($17,889.81)
    Fee split:    50% - Sangisetty Law            $8,944.91
                  50% - Jason J. Joy              $8,944.90

**FIRM COSTS**                                                      ($2,200.00)

    Administrative Costs / Investigation          $2,200.00

**ADJUSTER COST**                                                  ($2,000.00)

    Exact Building Consultants, Estimate          $2,000.00*[1]

---

Check to Attorneys                                     $20,089.81
Check to Exact Building Consultants                    $2,000.00

**Total Costs**                                        **$22,089.81**


**TOTAL SETTLEMENT TO CLIENT:**        **$31,579.62**


I, ████████ , approve the above disbursement and fees and hereby hold the law

offices of Sangisetty Law Firm, LLC and Jason J. Joy harmless from any and all liens, and/or

costs not withheld and paid directly as set forth above.


Signed this____ day of _____.
        12 / 18 / 2023

                                        ████████████
                                        _____

---

[1] $2,000.00 will be held as a precaution to pay Exact Building Consultants for their estimate. If it is determined that Exact Building Consultants will not be paid, ████████ will receive additional payment of $2,000.00.